■ SOUTHOLD SAVINGS BANK, Respondent, v JOHN G. HIM-MER, JR., INC., et al., Appellants, et al., Defendants. [624 NYS2d 871] —Appeal by John G. Himmer, Jr., Inc., Florence Himmer Grumberg, and John G. Himmer, Jr., from an order of the Supreme Court, Suffolk County (Cannavo, J.), dated January 25, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Cannavo at the Supreme Court, Suffolk

County, in his memorandum decision dated March 25, 1993. Bracken, J. P., Rosenblatt, Lawrence, Krausman and Goldstein, JJ., concur.